RICHARD A. ERGO #110487
CATHLEEN S. HUANG #219554
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: chuang@bowlesverna.com

E-FILED 01-30-08
JS-6

Attorneys for Plaintiff
JAN MAO INDUSTRIES CO., LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| JAN MAO INDUSTRIES CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> WAKEFIELD THERMAL SOLUTIONS, INC., <br><br> Defendant. | CASE NO. CV-07-3797 PSG (Ex) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Courtroom: 790 |

Pursuant to the Stipulation of Dismissal filed by the parties, and good cause appearing, the Complaint and all of the claims contained therein filed by Plaintiff Jan Mao Industries Co., Ltd. ("Jan Mao") are dismissed with prejudice. The Counterclaims and all of the claims contained therein filed by Defendant Wakefield Thermal Solutions, Inc. ("Wakefield") are dismissed with prejudice. The parties are to bear their own costs.

IT IS SO ORDERED.

Dated: 01/29/08

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

{00106384.DOC; 1}                    1

ORDER OF DISMISSAL WITH PREJUDICE ~ CV-07-3797 PSG (Ex)